AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| JOHNNY R. SHAFER, JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON, GIGACQUISITIONS3 LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, NEIL MIOTTO, GIGFOUNDERS LLC, BRAD WEIGHTMAN, ANDREA BETTI-BERUTTO, PETER WANG, JOHN J. MIKULSKY, and ROBERT FENWICK-SMITH,<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-02774-RMR-KLM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Andrea Betti-Berutto
4 Malory Court
Redwood City, CA 94061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hillary B. Stakem
ROBBINS GELLER RUDMAN & DOWD LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
hstakem@rgrdlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02774-RMR-KLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| JOHNNY R. SHAFER, JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON, GIGACQUISITIONS3 LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, NEIL MIOTTO, GIGFOUNDERS LLC, BRAD WEIGHTMAN, ANDREA BETTI-BERUTTO, PETER WANG, JOHN J. MIKULSKY, and ROBERT FENWICK-SMITH, <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-02774-RMR-KLM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Brad Weightman
> 805 Encino Drive
> Morgan Hill, CA 95037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Hillary B. Stakem
> ROBBINS GELLER RUDMAN & DOWD LLP
> 655 W. Broadway, Suite 1900
> San Diego, CA 92101
> Tel: 619-231-1058
> hstakem@rgrdlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02774-RMR-KLM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| JOHNNY R. SHAFER, JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON, GIGACQUISITIONS3 LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, NEIL MIOTTO, GIGFOUNDERS LLC, BRAD WEIGHTMAN, ANDREA BETTI-BERUTTO, PETER WANG, JOHN J. MIKULSKY, and ROBERT FENWICK-SMITH,<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-02774-RMR-KLM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

John J. Mikulsky
810 Crestview Drive
San Carlos, CA 94070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hillary B. Stakem
ROBBINS GELLER RUDMAN & DOWD LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
hstakem@rgrdlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02774-RMR-KLM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| JOHNNY R. SHAFER, JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON, GIGACQUISITIONS3 LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, NEIL MIOTTO, GIGFOUNDERS LLC, BRAD WEIGHTMAN, ANDREA BETTI-BERUTTO, PETER WANG, JOHN J. MIKULSKY, and ROBERT FENWICK-SMITH,<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-02774-RMR-KLM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        Neil Miotto
        743 College Court
        Los Altos, CA 94022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Hillary B. Stakem
    ROBBINS GELLER RUDMAN & DOWD LLP
    655 W. Broadway, Suite 1900
    San Diego, CA 92101
    Tel: 619-231-1058
    hstakem@rgrdlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                           *CLERK OF COURT*

Date: _____

                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02774-RMR-KLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

JOHNNY R. SHAFER, JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,

*Plaintiff(s)*

v.

LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON, GIGACQUISITIONS3 LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, NEIL MIOTTO, GIGFOUNDERS LLC, BRAD WEIGHTMAN, ANDREA BETTI-BERUTTO, PETER WANG, JOHN J. MIKULSKY, and ROBERT FENWICK-SMITH,

*Defendant(s)*

Civil Action No. 1:21-cv-02774-RMR-KLM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Peter Wang
10039 Minaker Court
Cupertino, CA 95014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hillary B. Stakem
ROBBINS GELLER RUDMAN & DOWD LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
hstakem@rgrdlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02774-RMR-KLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

JOHNNY R. SHAFER, JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,

*Plaintiff(s)*

v.

LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON, GIGACQUISITIONS3 LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, NEIL MIOTTO, GIGFOUNDERS LLC, BRAD WEIGHTMAN, ANDREA BETTI-BERUTTO, PETER WANG, JOHN J. MIKULSKY, and ROBERT FENWICK-SMITH,

*Defendant(s)*

Civil Action No. 1:21-cv-02774-RMR-KLM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Robert Fenwick-Smith
319 Foxtail Court
Boulder, CO 80305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hillary B. Stakem
ROBBINS GELLER RUDMAN & DOWD LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
hstakem@rgrdlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02774-RMR-KLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: